958 A.2d 493

**M.M., a Minor, Petitioner**

v.

**DEPARTMENT OF PUBLIC WELFARE, Respondent.**

**No. 90 EM 2008.**

Supreme Court of Pennsylvania.

Oct. 1, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of October, 2008, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**